# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| LUCAS DURAN, individually and on behalf of all others similarly situated, <br> *Plaintiff* <br> v. <br> CYPRUS PAINTING CORP. and MICHAEL SAITTIS, as an individual <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. **CV 18-6174** <br> **BRODIE, J.** <br> **BULSARA, M.J.** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CYPRUS PAINTING CORP., 14-41 139TH STREET, WHITESTONE, NEW YORK 11357
MICHAEL SAITTIS, 14-41 139TH STREET, WHITESTONE, NEW YORK 11357

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Helen F. Dalton & Associates, P.C.
Roman Avshalumov, Esq.
69-12 Austin Street
Forest Hills, NY 11375

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER

CLERK OF COURT

Date: NOV 0 2 2018

*Signature of Clerk or Deputy Clerk*