**PHILLIPS & ASSOCIATES**

*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

November 5, 2020

**VIA ECF**
The Honorable Magistrate Judge Sanket J. Bulsara
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:   Duran v. Cyprus Painting Corp. et al**
> **Docket No. 18-cv-6174 (MKB)(SJB)**

Dear Magistrate Judge Bulsara:

Kindly accept this letter correspondence as the undersigned's application to withdraw as attorney of record for Plaintiff(s) in the above referenced action. The reason for the instant application is that I am no longer an associate at the law firm of Helen F. Dalton & Associates, P.C.

As of October 26, 2020, I have been an associate of Phillips & Associates. The Plaintiff(s) will continue to be represented by attorneys of record from the law firm of Helen F. Dalton & Associates, P.C.

Accordingly, I respectfully request that the Court grant my application to withdraw as counsel of record for the Plaintiff(s) and instruct the Clerk of the Court to remove me from any applicable service list and to terminate the delivery of all CM/ECF notices to me in the above-referenced action.

Thank you for your time and consideration of this instant request.

> Respectfully submitted
>
> /s/ Janelle Romero_____
> Janelle J. Romero, Esq.

cc:   All Counsel of Record (Via ECF)